**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01187-CR
No. 05-12-01189-CR

**VANCE LEMORRIS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-42399-Y, F10-42400-Y**

## ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 4, 8, and 10, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, Acting Official Court Reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE